# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Civil Action No. 3:10-cv-00337

| |
|---|
| **LIBRADA VARGAS,**      **Plaintiff,** <br><br> vs. <br><br> **SALLY BEAUTY SUPPLY, LLC,**      **Defendant.** |

## ORDER SUBSTITUTING BEAUTY SYSTEMS GROUP LLC FOR DEFENDANT SALLY BEAUTY SUPPLY, LLC

**THIS MATTER** was brought to the Court's attention pursuant to the parties' Joint Consent Motion to Substitute and to Join Necessary Party and Stipulation of Dismissal with Prejudice.

**IT APPEARING TO THE COURT** that Beauty Systems Group LLC is the proper defendant; that Sally Beauty Supply LLC is not a proper party to this action and has no involvement in the allegations as set forth in the Complaint; that Beauty Systems Group LLC should be substituted for Sally Beauty Supply LLC as the only named party defendant, that Beauty Systems Group LLC consents to joinder upon the dismissal Sally Beauty Supply LLC; and that Sally Beauty Supply LLC should be dismissed with prejudice.

**IT IS THEREFORE ORDERED**

1. That Beauty Systems Group LLC is joined in the action;

2. That Beauty Systems Group LLC is substituted for Sally Beauty Supply LLC as the only proper corporate defendant;

3. That Sally Beauty Supply LLC is dismissed with prejudice; and

4. That the caption be changed as follows to reflect the dismissal of Sally Beauty Supply LLC and the joinder/substitution of Beauty Systems Group LLC as the only defendant: Librada Vargas v. Beauty Systems Group LLC, Case No. 3:10-CV-00337.

Signed: October 21, 2010

*Graham C. Mullen*

Graham C. Mullen
United States District Judge

Firmwide:98076977.1 043072.1020