IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-337-GCM

| | | |
|---|---|---|
| LIBRADA M. VARGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| BEAUTY SYSTEMS GROUP LLP | ) | |
| | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The current trial date will need to be continued due to the pending Summary Judgment Motion. THEREFORE, IT IS HEREBY ORDERED that the trial date in this case is re-scheduled for **January 17, 2012.**

**IT IS SO ORDERED.**

Signed: July 26, 2011

Graham C. Mullen
United States District Judge