IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV337

| | |
|---|---|
| LIBRADA M. VARGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| BEAUTY SYSTEMS GROUP LLC, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court upon Defendant's Motion for Summary Judgment. Oral argument was held in this matter on September 19, 2011. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: September 19, 2011

Graham C. Mullen
United States District Judge